# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Cedric D. McMillian, Sr. } **Case No: 21-02482-DSC13**
SSN: XXX-XX-1980 }
DEBTOR(S). }
}
}

## COURTROOM DEPUTY NOTES

| | |
|---|---|
| **Matter(s):** | 1) RE: Doc #33; Debtor's Motion to Amend and/or Alter Order of Dismissal |
| | 2) RE: Doc #37; Objection to Debtor's Motion to Amend and/or Alter Order of Dismissal |
| **Date and Time:** | Tuesday, March 22, 2022 09:30 AM |
| **Appearances:** | C. Taylor Crockett, attorney for Cedric D. McMillian, Sr. (Debtor) |
| | Tripp Watson, attorney for Debra Davis Kelley |
| | Mary Frances Fallaw, staff attorney for the Chapter 13 Trustee |
| **Courtroom Deputy:** | Shewana Callies |
| **Presiding Judge:** | D. SIMS CRAWFORD |
| **Court Notes:** | By agreement of the parties, these matters are settled and the parties shall submit a proposed order. |

Date Prepared: 03/22/2022